**No. 69363.**—S. S. Kresge Co. et al. *v.* United States, protests 330874–K, etc. (New York).

Opinion by RAO, J.  In accordance with stipulation of counsel that the merchandise consists of manicure sets in noncellulosic plastic cases similar in all material respects to those the subject of Abstract 64484, the claim of the plantiffs was sustained.